UNITED STATES DISTRICT COURT

For the

NORTHERN DISTRICT OF ALABAMA

NORTHEASTERN DIVISION

RENZIE WILSON PRICE

**Plaintiff**

vs.

Case No. 5:21-cv-01511-HNJ

NETFLIX CORPORATION, et al.;

DENNIS LIU; JASON PIPERBERG;

MICHAEL B. JORDAN; CHARLES D.

KING; CAROL BARBEE; KIM ROTH;

POPPY HANKS; KENNY GOODMAN; OUTLIER

SOCIETY PRODUCTIONS COMPANY; AND

MACRO MEDIA LLC

**Defendants**

Jury Trial: YES

## AMENDED COMPLAINT
## FOR CIVIL CASE

**The Parties to This Complaint**

A.   **Pro Se Plaintiff**

Renzie Wilson Price

106 8th Street, A

Madison, Alabama 35756

256 975 4022

**B.**     <u>**Defendants**</u>

1. <u>Netflix Corporation</u>
   <u>Media Services</u>
   <u>100 Winchester Circle</u>
   <u>Los Gatos, Santa Clara County</u>
   <u>California 95032</u>

2. <u>Dennis Liu</u>
   <u>Raising Dion Comic Creator, Executive Film Producer/Director</u>
   <u>120 W Wilson Avenue, Unit 1627</u>
   <u>Glendale, Los Angeles County</u>
   <u>California 91203</u>

3. <u>Jason Piperberg</u>
   <u>Raising Dion Comic Illustrator/Co-Creator, Professional Illustrator</u>
   <u>603 S. 9th Street, Apt. 2</u>
   <u>Philadelphia, Philadelphia County</u>
   <u>Pennsylvania 19147</u>

4. <u>Michael B. Jordan</u>
   <u>Raising Dion Executive Producer/Actor</u>
   <u>9601 Wilshire Blvd. 3rd Floor</u>
   <u>Beverly Hills, Los Angeles County</u>
   <u>California 90210-5213</u>

5.  Carol D. Barbee
    Netflix Content Creator, Raising Dion Executive Producer, Screenplay Writer/Adaptor
    2101 6th Street
    Santa Monica, Los Angeles County
    California 90405

6.  Charles D. King
    Chief Executive Officer, Raising Dion Executive Producer
    MACRO Media, LLC
    6255 W. Sunset Blvd. Ste. 1060
    Los Angeles, Los Angeles County
    California 90028

7.  Kim Roth
    President of Production, Raising Dion Executive Producer
    MACRO Media, LLC
    6255 W. Sunset Blvd. Ste. 1060
    Los Angeles, Los Angeles County
    California 90028

8.  Poppy Hanks
    Senior Vice President, Film Production and Development, Raising Dion Executive Producer
    MACRO Media, LLC
    6255 W. Sunset Blvd. Ste. 1060
    Los Angeles, Los Angeles County
    California 90028

9. Kenny Goodman

    Talent Management Agent, Raising Dion Executive Producer

    119 N. Sycamore Ave.

    Los Angeles, Los Angeles County

    California 90036

10. Outlier Society Production Company

    Film Production Company

    1661 Lincoln Blvd. 4th Floor

    Santa Monica, Los Angeles County

    California 90404

11. MACRO Media LLC

    Film Production Company

    6255 W. Sunset Blvd. Ste. 1060

    Los Angeles, Los Angeles County

    California 90028

## II.   Basis for Jurisdiction is Diversity of Citizenship

1. The Pro Se Plaintiff

   The plaintiff, Renzie Wilson Price, is a citizen of the State of Alabama.

2. The Defendants

   a. The defendant, Dennis Liu, is a citizen of the State of California.
   b. The defendant, Jason Piperberg, is a citizen of the State of Pennsylvania.
   c. The defendant, Michael B. Jordan, is a citizen of the State of Georgia.
   d. The defendant, Charles D. King, is a citizen of the State of California.

    e. The defendant, <u>Carol D. Barbee</u>, is a citizen of the State of California.
    f. The defendant, <u>Kim Roth</u>, is a citizen of the State of California.
    g. The defendant, <u>Poppy Hanks</u>, is a citizen of the State of California.
    h. The defendant, <u>Kenny Goodman</u>, is a citizen of the State of California.

Corporations

    a. The defendant, **Netflix**, is incorporated under the laws of the State of California has its principal place of business in the State of California.
    b. The defendant, **Outlier Society Production Company,** is incorporated under the laws of the State of California and has its principal place of business in the State of California.
    c. The defendant, **MACRO Media LLC**, is incorporated under the laws of the State of California and has its principal place of business in the State of California.

3. The Amount in Controversy

The defendants owe me $1,000,000,000 as a result of their willful and substantial Copyright Infringement of my registered, original, literary work, December's Eve – The Novel by Renzie, and because of the financial profits they earned.

### III. Statement of The Facts

My novel, December's Eve – The Novel by Renzie is a very original and creative literary work. It is an Intellectual Property which is protected under USC 17 §§1 – 8. On Wednesday, October 13, 2021, while watching the Netflix "Original Series," Raising Dion, I discovered that a substantial amount of my novel had been copied without my knowledge and without my expressed written and verbal consent and used to create Netflix's Raising Dion which aired on Netflix on October 14, 2019; therefor, **Netflix Corporation** is the first <u>Defendant</u> in my civil complaint. Prior to

my recent copyright infringement discovery, and upon more online research, I also discovered that in 2015, a comic book called Raising Dion by **Defendant, Jason Liu,** a Professional Film Director, had also been published, released, and is presently being sold online. After achieving financial success from the Raising Dion Comic Book, Jason Liu also wrote and directed a short film called Raising Dion which he publicly released on August 26, 2015. The short film is 2 minutes and 39 seconds in length. In creating the comic book and the short film, Jason Liu was assisted by **Defendant, Jason Piperberg**, who is a Professional Artist and Comic Illustrator. Defendant, Jason Piperberg, used my main theme, settings, and character descriptions and images from my novel to illustrate the Raising Dion Comic Book and the Raising Dion Short Film. Jason Piperberg assisted Dennis Liu in his infringement of December's Eve – The Novel by Renzie without my expressed written and verbal consent while financial profiting from the franchise. **Defendant, Michael B. Jordan**, a Professional Actor, Executive Producer/Investor, inked a deal in 2017 with Dennis Liu and Netflix Corporation and his production company, **Outlier Society Production Company, also a Defendant**, which called for the creation and production of the present Netflix Series, Raising Dion Season 1. Michael B. Jordan also appears in several cameo roles in the show, playing the title character, Dion's deceased father. Michael B. Jordan is one of 8, individually-named defendants in my formal complaint who financially profited off the copyright infringement of December's Eve – The Novel by Renzie. He is one of 5, Netflix Series, Raising Dion, Executive Producers. **Defendant, Carol Barbee**, is a seasoned Professional Writer, Screenplay Writer, and Raising Dion Executive Producer as well. Carol Barbee, an employee of Netflix Corporation, used her experience and expertise to adapt the above-mentioned, Raising Dion Comic Book and Raising Dion Short Film into the Netflix Series Raising Dion in 2017. She developed Season 1 of the series which involved the writing of 9, one-hour long episodes. She is also an Executive Producer of the Netflix Series Raising Dion, Season 1. She also profited, financially, from the copyright infringement of December's Eve – The Novel by Renzie without first obtaining my expressed written and verbal consent. **Defendant, Charles D. King**, is the CEO of **Defendant, Macro Media LLC**, who also inked a production deal for the Netflix Series Raising Dion, Season 1, in 2017. He and his Film Production Company, Macro Media LLC, also produced the Netflix Raising Dion Series and profited, financially, from their part in the infringement of my book, December's Eve – The Novel by Renzie without first obtaining my expressed written and verbal consent. **Defendant, Kim Roth**, is also an employee of MACRO Media LLC who invested in the film production of the Netflix Series, Raising Dion. She is listed as one of the Series Executive Producers. She participated in the copyright infringement of my book, December's Eve – The Novel by Renzie in 2017 by assisting in the film production without, first, obtaining

my expressed written and verbal consent. She also profited, financially, off her part in the copyright infringement of my book, December's Eve – The novel by Renzie. **Defendants, Poppy Hanks and Kenny Goodman**, are also listed as Executive Producers of the Netflix Series, Raising Dion. Each of them also assisted in the film development in 2017 and are also employed by MACRO Media LLC. They each also profited from the copyright infringement of my novel, December's Eve – The Novel by Renzie.

In July of 2010, I self-published a novel and I named it December's Eve – The Novel by Renzie. I chose that name because it complimented the theme of the novel – a single, black female whom I called "Ms. Evelynn/Eve" was raising a 6-year-old, black boy who was born with superhuman powers – Pyrokinesis – born in December of 1963. Being the town midwife, she had kidnapped him at birth during a multiple-birth delivery of triplet boys who also happen to possess superhuman powers – Telekinesis and Telepathy. The triplet boys all also possess the superhuman gift of Levitation, collectively. Their 12-year-old, female cousin whom I named "Cat" assisted Ms. Evelynn with the triplet boys' deliveries. The setting is rural Alabama, my home state. The fictional town in which the characters live is called Double Lakes, Alabama. Ms. Evelynn's property is lakefront property which is surrounded by woods. Ms. Evelynn and the gifted child whom I named *Ignis* live in a two-story home in the middle of the woods with a lake in front of their home as I describe in Chapter One of the book. The publisher of December's Eve – The Novel by Renzie is IUniverse.com. They are in New York and Bloomington. I also registered a copyright, Copyright©2010Renzie.

December's Eve – The Novel by Renzie is a 224-page, fictional, literary work about a single, black female who is raising a 6-year-old, black boy who possesses superhuman powers – *Pyrokinesis*. His name is *Ignis*. The comic book, Raising Dion, by Dennis Liu is about a single, black mother who is raising a 7-year-old, black boy who possess superhuman powers – *Pyrokinesis, Telekinesis, Telepathy, and Levitation.* In December's Eve – The Novel by Renzie, Chapter 1, pg. 31 – 35, *Ignis*, who was kidnapped at birth, meets his brothers, Vartis and Teleki. The three boys are triplets. It is then that they realize that each of them possesses superhuman powers; Vartis is *Telepathic*; Teleki is *Telekinetic*. Collectively, the boys share the gift of *Levitation* (p.34).   **Dennis Liu** copied from my novel.

In my novel, I named the triplets' cousin who helped deliver them, *"Cat"* (p.6).

In the comic book and the short film, Raising Dion, by Dennis Liu, Dion's aunt's name is also *"Kat,'* only he spelled it with a "K" instead of a "C."

In my novel, December's Eve – The Novel by Renzie, on page 9, I specifically wrote about the boys' oldest brother named "John" holding *"a used, comic book in his hand."* – Dennis Liu created a *comic book* called Raising Dion in 2015.

In my novel, I specifically wrote, ***"The others had only one parent – which struggled to make ends meet – usually the mother"*** (p.4). – Dennis Liu created his comic book and short film on the premise of ***a single mother who struggled to make ends meet.***

In my novel, I also wrote, ***"the father had either run off with another woman, been jailed for stealing, chased out of the mountains by the Klan, or found floating in the lake at the bottom of the mountain"*** (the latter signifying he was possibly dead). – Dennis Liu also built his comic book and short film on the premise that the father was ***dead***.

In my novel, Ms. Evelynn, the lady who is raising Ignis, has a private, birthday party for him and showers him with many gifts (pg. 29 – 30). – Dennis Liu's character, Nicole, Dion's mother, also throws him a birthday party and showers him with gifts.

In my novel, I wrote about *Ignis* on a pathway along the lake (pg. 30 – 31). – In the **Netflix** Series, Raising Dion, the title character, Dion, is seen walking on a pathway to the lake.

The setting for my novel, is rural Alabama in a fictional town called *"Double Lakes."* – In the Netflix Series, Raising Dion, the scene takes the viewers from Atlanta, GA to a rural, Alabama county called Clarke County.

In my novel, I describe and render a drawing of Ms. Evelynn's lake house as *a block-style house with upstairs, a porch, and a set of steps and 2 front windows upstairs and 2 front windows downstairs* (p. 11). – In the Netflix Series, Raising Dion, there is a scene where Nicole and the title character, Dion, visit his deceased father's lake house which is strikingly **like the lake house I wrote about.**

In my novel, Ms. Evelynn spoke to Judge Duncan about her *"beautiful lakefront property"* which is surrounded by trees in the woods (p. 189). – In Dennis Liu's comic book illustrations by **Jason Piperberg**, there is a cabin in the woods with a lake that Nicole and Dion visit. Jason Piperberg also illustrated Dion as having ***golden eyes*** just like I described in my novel when Ms. Evelynn held him in her arms as a baby. I wrote, *"Sometimes, when she was feeding him, she noticed that the blue spark in his natural, brown eyes would turn more of a **golden color**."*

In my novel, I wrote about *huge vines that covered things and devour people* (pg. 119 and 126 – 127). -- In the Netflix Series, Raising Dion (Season 1 Episode 7: Why So Vomity?), **the film production crew imitated huge tree veins covering the area** on an Alabama farm where earlier on the show, another superhuman man was killed by the Crooked Man Monster.

In my novel, December's Eve – The Novel by Renzie, I wrote, *"During the winter months, it was cheaper to burn wood, than electric heat"* (p. 2). – In the comic book, Raising Dion by Dennis Liu, **Jason Piperberg** illustrated a wood-burning heater in the living room. He also illustrated a small tv in the living room just like I had described in my novel (p. 92). **Jason Piperberg** illustrated and published **images of an old tv set and an old wood-burning heater in the living room** in the cabin in the woods just like I described in my novel.

In my novel, I described the Antagonist monster's arms as *"long, spiney veins that reached out and grabbed Mr. Duncan"* (pg. 189 – 190). – In the Netflix Series, Raising Dion, The Crooked Man Monster also has *long, spiney veins* that reach out and grab the souls of people, only he is made of lightning. Also, in the Netflix Series, Raising Dion, the title character, Dion, tells his disabled friend, Esperanza, that he saw something in the storm the night before – *"a man in the storm, made of lightning with long arms."*

In my novel, I wrote, *"Frightened by the great flashes of lightning and the dreadful clashes of thunder, Mr. Adam was baffled and almost out of breath"* (p. 13). – Dennis Liu created his antagonist, The Crooked Man Monster, by using my descriptions from my book.

This is a **direct scene copy** from my original, literary work, December's Eve – The Novel, which was published in 2010:

*"Teleki stared at Cat as she sat down in Mr. Adam's easy recliner, and she began to levitate from the chair."*

*"Ah!"* **She screamed as she was suspended in thin air.** *"Put me down! I mean it! Put me down!"* (p. 149)

In the Netflix Series, Raising Dion, the title character, Dion, takes his disabled friend, Esperanza, into an empty classroom where he looks at her and she begins to levitate from her wheelchair to the ceiling. She looks at him as she is suspended in mid-air and yells, *"Put me down! Put me down! Put me down!"*

That scene was taken directly from my novel. Netflix has even provided a Youtube link to this scene: https://www.youtu.be/aV6moowos

Dennis Liu read my novel, December's Eve – The Novel by Renzie and he copied several elements from it and created a comic book and produced a short film entitled Raising Dion in 2015. In 2017, he then, sold his works to **Michael B. Jordan** and **Outlier Society Production Company, Charles D. King** and **MACRO Media LLC, Carol Barbee, Kim Roth, Poppy Hanks,** and **Kenny Green.** In October 2017, these Executive Producers then consulted with **Netflix Corporation** whereas a mutual production agreement was signed. **Netflix Corporation** ordered the series on October 5, 2017, and their Original Netflix Series, Raising Dion aired in October 2019. It has been viewed by more than 88 million people worldwide in 140 countries. The above-mentioned defendants reaped a very handsome profit and Season 2 is slated to air on Netflix.com in late 2021 or early 2022.

December's Eve – The Novel by Renzie is not a perfect work, but it is a very creative, literary work of art.

## IV.  Relief

Pro Se Plaintiff, Renzie Wilson Price, is asking the U.S. District Court to order the defendants to pay me the sum of $1,000,000,000 in actual damages due in part to the profits made due to the copyright infringement of my novel, December's Eve – The Novel by Renzie which occurred between 2015 to the present day. This amount will serve as a deterrent to the defendants in the future. Also, I would like to see each defendant face criminal charges because of the copyright infringement.

## V.  Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

Renzie Wilson Price

106 8th Street, A

Madison, Alabama 35756

256 975 – 4022

Mastereducatorofcosmetology@gmail.com

Signature of plaintiff _Renzie Wilson Price_

Date signed _____ November 29, 2021